In the Matter of Marvin
Darrold JASMER.

No. C3–89–344.

Supreme Court of Minnesota.

Sept. 15, 1989.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petition of the County of Sherburne for further review be, and the same is, granted. No briefing is required and the matter will be considered by the court on the en banc nonoral calendar.

Linda LOERCH, Dennis Loerch, and Peter Loerch, as infant, By and Through his natural parent, Linda Loerch, Appellants,

v.

ELI LILLY & COMPANY, et al., Defendants,

Abbott Laboratories, Respondent.

No. C8–88–2161.

Supreme Court of Minnesota.

Sept. 15, 1989.

Rehearing Denied Oct. 18, 1989.

### ORDER

WHEREAS, the justices being evenly divided in opinion,

IT IS HEREBY ORDERED that the decision of the Hennepin County District Court be, and the same is, affirmed.